IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ESTATE OF RAMON SEDILLO, MALLORY SEDILLO,
in her individual capacity and MALLORY SEDILLO as
Guardian for Her Minor Child, RAYMOND RAY
SEDILLO,

    Plaintiffs,

vs.                                                Civ. NO. 13-448 KG/RHS

CITY OF ALBUQUERQUE AND
OFFICER ROBERT SIMMONS, OFFICER
PERRY BRADLEY, AND OFFICER VICTOR
HERNANDEZ, IN THEIR OFFICIAL AND
INDIVIDUAL CAPACITIES,

    Defendants.

ORDER

On August 9, 2013, Defendants Full Spectrum Smoke Shop, Inc., Patrick Perea, and Matthew Beasley filed DEFENDANTS FULL SPECTRUM SMOKE SHOP, INC., PATRICK PEREA AND MATTHEW BEASLEY'S MOTION TO DISMISS ALL CLAIMS RELATED TO DEFAMATION (Doc. No. 30) (Motion to Dismiss).  On September 6, 2013, the Court entered a STIPULATED ORDER GRANTING DEFENDANTS FULL SPECTRUM SMOKE SHOP, INC., PATRICK PEREA AND MATTHEW BEASLEY'S MOTION FOR SUMMARY JUDGMENT BASED ON THE NEW MEXICO CRIME VICTIM'S IMMUNITY ACT AND ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST FULL SPECTRUM DEFENDANTS (Doc. No. 34) (Stipulated Order).  Since the Stipulated Order dismissed all of Plaintiffs' claims against Defendants Full Spectrum Smoke Shop, Inc., Patrick Perea, and Matthew Beasley, the Court determines that the Motion to Dismiss should be denied as moot.

IT IS ORDERED that DEFENDANTS FULL SPECTRUM SMOKE SHOP, INC., PATRICK PEREA AND MATTHEW BEASLEY'S MOTION TO DISMISS ALL CLAIMS RELATED TO DEFAMATION (Doc. No. 30) is denied as moot.

_____
UNITED STATES DISTRICT JUDGE